# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Stephon Lindsay,

    Plaintiff

V.

Richard Allen, Commissioner, et al.,

    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07CV399-mht

RECEIVED
2007 MAY -8 A 11:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, _____Stephon Lindsay_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __P.O. Box 767, Clayton, AL, 36016-0767 Ventress Correctional Facility__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
   N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | Yes | No |
   |---|---|---|
   | a. Business, profession or other self-employment | [ ] | [X] |
   | b. Rent payments, interest or dividends | [ ] | [X] |
   | c. Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. Disability or workers compensation payments | [ ] | [X] |
   | e. Gifts or inheritances | [X] | [ ] |
   | f. Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

| $50.00 | April 20, 2007 | Gift |
| $50.00 | January 30, 2007 | Gift |
| $50.00 | October , 2006 | Gift |
| $50.00 | September, 2006 | Gift |

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

_April 26, 2007_    _Stephon Lindsay_  - AIS# 207044
Date                    Signature of Applicant


NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 27, 2007___.
(date)

___Stephen Lindsay - AIS# 207044___
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _17.62_ on account to his credit at the ___Ventress___ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

___N/A___

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ __See___ on the 1st day of __attached__
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_Computed monthly balances attached_

___[signature]___
Authorized Officer of Institution

DATE __4/30/07__

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                      VENTRESS CORR FAC


AIS #: 207044     NAME: LINDSEY, STEPHON              AS OF: 04/30/2007

                    # OF        AVG DAILY        MONTHLY
         MONTH      DAYS        BALANCE          DEPOSITS
------------------------------------------------------------------------

          MAY        31          $0.00            $0.00
          JUN        30          $0.00            $0.00
          JUL        31          $0.00            $0.00
          AUG        31          $0.00            $0.00
          SEP        30          $0.00            $0.00
          OCT        31          $0.00            $0.00
          NOV        30          $0.00            $0.00
          DEC        31          $0.00            $0.00
          JAN        31          $0.00            $0.00
          FEB        28          $0.00            $0.00
          MAR        31          $0.00            $0.00
          APR        30          $8.08           $67.07
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 207044     NAME: LINDSAY, STEPHON          AS OF: 04/30/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $12.71 | $70.93 |
| SEP | 30 | $13.54 | $0.00 |
| OCT | 31 | $0.41 | $0.00 |
| NOV | 30 | $14.04 | $50.00 |
| DEC | 31 | $8.77 | $0.00 |
| JAN | 31 | $11.99 | $50.00 |
| FEB | 28 | $58.77 | $0.00 |
| MAR | 31 | $53.77 | $0.00 |
| APR | 30 | $11.31 | $0.00 |