IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHON LINDSAY, #207044,          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )    CIVIL ACTION NO. 2:07-CV-399-MHT
                                   )
RICHARD ALLEN, et al.,             )
                                   )
        Defendants.                )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on June 8, 2007

(Court Doc. No. 4), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff is GRANTED an extension from May 29, 2007 to and including

June 25, 2007 to file the initial partial filing fee in accordance with the order entered on May 9, 2007

(Court Doc. No. 3).

Done this 8th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE