IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON LINDSAY, #207044, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-399-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for order filed by the plaintiff on June 8, 2007 (Court Doc. No. 4), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before June 25, 2007 the inmate account clerk at the Ventress Correctional Facility shall submit the $2.24 initial partial filing fee to this court in accordance with the notice of intent to withhold funds submitted by the plaintiff on May 25, 2007. The Clerk is hereby DIRECTED to provide a copy of this order to the inmate account clerk at the Ventress Correctional Facility.

Done this 8th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE