**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Off. Beecham
   Bullock Co. Corr.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kevin Jiles, CO_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kevin Jiles, CO
C. Date of Delivery: 6/1/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07CV399 PO+CMP

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1437

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Off. Lalley
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kevin Jiles, CO_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kevin Jiles, CO
C. Date of Delivery: 6/1/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07CV399 PO+CMP

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2380

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Ladigue
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kevin Jiles, CO_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kevin Jiles, CO
C. Date of Delivery: 6/1/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07399 PO+CMP

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1901

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Hampton
   Bullock Co. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2373

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kevin Jiles, IO_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Kevin Jiles, IO    C. Date of Delivery: 6/15/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   07CV399
   PO+cnp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carrol Hane
   Bullock Co. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1444

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kevin Jiles, IO_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Kevin Jiles, IO    C. Date of Delivery: 6/15/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   07CV399
   PO+cnp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Curry
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

2. Article Number (Transfer from sen): 7006 2760 0005 4873 1420

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kevin Jiles, IO_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Kevin Jiles, IO    C. Date of Delivery: 6/15/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   07CV399
   PO+cnp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes