**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Schreecher
Bullock Co. Corr. Fac.
P.O. Box 5107
Union Springs, AL
36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ken Jiles CO_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kevin Jiles CO
C. Date of Delivery: 6/11/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv399
DOT CMF

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2366

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Hill
Bullock Co.
P.O. Box 5107
Union Springs, AL
36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ken Jiles CO_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kevin Jiles CO
C. Date of Delivery: 6/11/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv399
DOT CMF

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1413

PS Form 3811, February 2004    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Off. A. Jackson
Bullock Corr.
P.O. Box 5107
Union Springs, AL
36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ken Jiles CO_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kevin Jiles CO
C. Date of Delivery: 6/11/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv399
DOT CMF

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1475

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Baskin
   c/o Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ken Jiles, CO_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Kevin Jiles, CO                6/11/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   07 CV 399

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0005 4873 1390

PS Form 3811, February 2004

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse DuBois
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ken Jiles, CO_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Kevin Jiles, CO                6/11/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   07 CV 399

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0005 4873 1918

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Esthen
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ken Jiles, CO_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Kevin Jiles, CO                6/11/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   07 CV 399

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7006 2760 0005 4873 1451

PS Form 3811, February 2004   Domestic Return Receipt   2595-02-M-1540