## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Kevin Jiles, CO
- C. Date of Delivery: 6/15/07
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
J. Hudson
Bullock Co. Corr. Fac.
P.O. Box 5107
Union Springs, AL 36089

07CV399
PO+CMP

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 2760 0005 4873 2328

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Kevin Jiles, CO
- C. Date of Delivery: 6/15/07
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Warden Cummings
Bullock Co. Corr. Fac.
P.O. Box 5107
Union Springs, AL 36089

07CV399
PO+CMP

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 2760 0005 4873 2342

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Kevin Jiles, CO
- C. Date of Delivery: 6/15/07
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Corr. Off. Martin
Bullock Co. Corr.
Union Springs, AL P.O. Box 5107
AL 36089

07CV399
PO+CMP

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.