# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **STEPHON LINDSAY, #207044,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 2:07-CV-399-MHT |
| | ) [WC] |
| **RICHARD ALLEN, WARDEN CUMMINS, SANDRA GILES, SYLVESTER NETTLES, RUTHIE PERRY, J. HUDSON, L. HERBERT, CORRECTIONAL OFFICER SCREECHER, CORRECTIONAL OFFICER HAMPTON, CORRECTIONAL OFFICER TALLEY, CORRECTIONAL OFFICER BENNETT, A. JACKSON, CORRECTIONAL OFFICER BASKIN, CORRECTIONAL OFFICER MARTIN, CORRECTIONAL OFFICER HILL, CORRECTIONAL OFFICER CURRY, CORRECTIONAL OFFICER BEECHAM, CORRECTIONAL OFFICER BAILEY, CORRECTIONAL OFFICER HANES, PRISON HEALTH SERVICES, INC., DR. TAHIR SIDDIQ, NURSE ETHEN, and NURSE JACQUELINE DUBOSE,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Please take notice that William R. Lunsford of Maynard, Cooper & Gale, P.C., hereby enters an appearance on behalf of Prison Health Services, Inc., Dr. Tahir Siddiq and Jacqueline Dubose, the defendants in the above-captioned case, and requests the Court provide all notices to the undersigned counsel at the address set forth below.

s/ William R. Lunsford
One of the Attorneys for Prison Health Services, Inc., Dr. Tahir Siddiq and Jacqueline Dubose

**OF COUNSEL:**

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the following:

>Stephon Lindsay
>AIS 207044
>Ventress Correctional Facility
>P.O. Box 767
>Clayton, Alabama 36016-0767

                                        s/ William R. Lunsford
                                        Of Counsel