IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STEPHON LINDSAY, AIS # 207044** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **CIVIL ACTION NO. 2:07-CV-399-MHT** |
| ) | |
| **RICHARD ALLEN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, in the above styled-cause, by and through undersigned counsel, and respectfully request an additional thirty (30) days, in which to file their report and as grounds state as follows:

1. That the Defendants need the additional time to obtain the necessary records to sufficiently respond to the Court's Order of June 13, 2007.

2. That the granting of this extension will not unduly prejudice the Plaintiff.

WHEREFORE, the Defendants request an additional thirty (30) days to file their report.

Respectfully submitted,

KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/s/Greg Biggs
GREG M. BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

**ALABAMA DEPARTMENT OF CORRECTIONS**
**LEGAL DIVISION**
**301 RIPLEY STREET**
**P.O. BOX 301501**
**MONTGOMERY, ALABAMA   36130**
**334-353-3885**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and this is to certify that a copy of the foregoing was served upon:

Inmate Stephon Lindsay, AIS # 207044
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this 10th day of July, 2007.

      /s/Greg Biggs
      GREG BIGGS (BIG 004)
      ASSISTANT ATTORNEY GENERAL
      ASSISTANT GENERAL COUNSEL