IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON LINDSAY,<br>AIS #207044,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ALLEN, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)     CASE NO. 2:07-CV-399-MHT<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the motion for extension of time filed by the correctional defendants on July 10, 2007 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants be GRANTED an extension from July 23, 2007 to and including August 22, 2007 to file their special report and answer.

Done this 10th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE