IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHON LINDSAY, AIS # 207044,   )
                                 )
        PLAINTIFF,                )
                                 )
V.                                )   CIVIL ACTION NO.   2:07-CV-399-MHT
                                 )                       [WC]
RICHARD ALLEN, et al.,            )
                                 )
        DEFENDANTS.               )
                                 )

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME (ENLARGEMENT)

Comes now the Plaintiff, pro se, and hereby respectfully moves this Honorable Court for an extension of time (enlargement) of thirty (30) days pursuant to this Court's Order dated the 27th of June, 2007. In support of this request, Plaintiff respectfully submits the following:

1. Plaintiff was given until July 16, 2007, to furnish the Clerk's office with the correct address of Defendant Nurse Ethen. Plaintiff is, with all due respect, unable to comply with that Order.

2. Plaintiff is in the process of attempting to ascertain the present whereabouts of said Defendant Nurse Ethen.

3. Plaintiff is acting pro se and has a limited amount of resources available to him in this quest for the proper address and/or whereabouts of said Defendant Nurse Ethen.

4. Federal Rules of Civil Procedure, Rule 4(m) allows a complaint to be served within 120 days of filing, at the discretion of this Court. The date Plaintiff filed this instant §1983 complaint was June 27, 2007. Therefore, Plaintiff is still within the filing guideline of Rule 4(m), Fed.R.Civ.P.

5.  An extension of time for the purpose of ascertaining Defendant Nurse Ethen's proper address and/or whereabouts at this time will not significantly jeopardize or delay the additional Defendants ability to answer this Complaint.

**WHEREFORE**, these premises considered, Plaintiff prays this Honorable Court will grant an extension of time in the amount of thirty (30) days for him to attempt to locate the correct address of Defendant Nurse Ethen.

Respectfully submitted on this 10th day of July, 2007.

_____
Stephon Lindsay, Plaintiff, pro se
AIS #207044, Dorm E
Ventress Correctional Facility
P.O. Box 767
Clayton, AL  36016-0767

### CERTIFICATE OF SERVICE

I, Stephon Lindsay, hereby certify that I have served a copy of the foregoing Motion for Extension of Time on the below listed Defendants by placing a copy of the same in the U.S. Mail postage prepaid on this 10th day of July, 2007.

Hon. William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, AL  35801

Hon. Troy King
Office of the Attorney General
Alabama State House
11 South Union St.
Montgomery, AL  36130

_____
Stephon Lindsay, Plaintiff, pro se

(2)

NAME Stephon Lindsay    AIS # 207044    DORM # E4-56B
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361

12 JUL 2007 PM 2 T

United States District Court
For the Middle District of Alabama
Clerk's Office
P.O. Box 711
Montgomery, AL
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711