IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHON LINDSAY, #207044,          )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )          CIVIL ACTION NO. 2:07-CV-399-MHT
                                   )
RICHARD ALLEN, et al.,             )
                                   )
        Defendants.                )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on July 13, 2007

(Court Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff is GRANTED an extension from July 16, 2007 to and including

August 16, 2007 to furnish a correct address for nurse Ethen in compliance with the directives of

the order entered on June 27, 2007 (Court Doc. No. 13).

Done this 16th day of July, 2007.


                              /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE