IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHON LINDSAY, #207044, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-399-MHT |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on July 26, 2007 (Court Doc. No. 22), and for good cause, it is

ORDERED that:

1. The motion for leave to amend be and is hereby GRANTED.

2. On or before August 30, 2007, the medical defendants shall file a supplemental special report and answer addressing the claims presented against them in the amendment to the complaint.

3. The correctional defendants be GRANTED an extension from August 22, 2007 to and including August 30, 2007 to file a special report and answer addressing the claims presented against them in the complaint, as amended.

Done this 26th day of July, 2007.

                      /s/ Wallace Capel, Jr.
                      WALLACE CAPEL, JR.
                      UNITED STATES MAGISTRATE JUDGE