IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHON LINDSAY,                          )
AIS #207044,                              )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    )   CIVIL ACTION NO. 2:07-CV-399-MHT
                                          )
RICHARD ALLEN, et al.,                    )
                                          )
        Defendants.                       )

**ORDER ON MOTION**

Upon consideration of the motion for issuance of subpoenas filed by the plaintiff on August 6, 2007 (Court Doc. No. 26), and as such action is not necessary to procure the information requested by the plaintiff, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that on or before August 22, 2007:

1. The correctional defendants shall provide the plaintiff with either the name of the Investigations and Intelligence officer who conducted the investigation of the incident which occurred on January 8, 2007 *or* a copy of the report compiled by such officer with respect to such incident.

2. The medical defendants shall provide the plaintiff with the name of the nurse who performed the examination of plaintiff and prepared the body chart on January 8, 2007 as the nurse's name is not legible on the body chart submitted as an exhibit to their special

report.

Done this 7th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE