**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **STEPHON LINDSAY, #207044,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 2:07-CV-399-MHT** |
| ) | **[WC]** |
| **RICHARD ALLEN, WARDEN** ) | |
| **CUMMINS, SANDRA GILES,** ) | |
| **SYLVESTER NETTLES, RUTHIE** ) | |
| **PERRY, J. HUDSON, L. HERBERT,** ) | |
| **CORRECTIONAL OFFICER** ) | |
| **SCREECHER, CORRECTIONAL** ) | |
| **OFFICER HAMPTON, CORRECTIONAL** ) | |
| **OFFICER TALLEY, CORRECTIONAL** ) | |
| **OFFICER BENNETT, A. JACKSON,** ) | |
| **CORRECTIONAL OFFICER BASKIN,** ) | |
| **CORRECTIONAL OFFICER MARTIN,** ) | |
| **CORRECTIONAL OFFICER HILL,** ) | |
| **CORRECTIONAL OFFICER CURRY,** ) | |
| **CORRECTIONAL OFFICER BEECHAM,** ) | |
| **CORRECTIONAL OFFICER BAILEY,** ) | |
| **CORRECTIONAL OFFICER HANES,** ) | |
| **PRISON HEALTH SERVICES, INC., DR.** ) | |
| **TAHIR SIDDIQ, NURSE ETHEN, AND** ) | |
| **NURSE JACQUELINE DUBOSE,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

**DEFENDANTS' RESPONSE TO ORDER REQUESTING
IDENTIFICATION OF NURSE'S NAME**

COME NOW Defendants DR. TAHIR SIDDIQ ("Dr. Siddiq"), JACQUELINE DUBOSE ("Nurse Dubose") and PRISON HEALTH SERVICES, INC. ("PHS," collectively with Dr. Siddiq and Nurse Dubose, the "Medical Defendants"), pursuant to this Court's Order dated August 7, 2007, requiring Medical Defendants to provide the Plaintiff STEPHON LINDSAY

("Plaintiff") with the name of the nurse who signed the document pertaining to an examination of Plaintiff on or about January 8, 2007, and state as follows:

1. The Nurse's name who signed the body chart dated January 8, 2007, is Patricia Robbins.

Respectfully submitted,

s/ William R. Lunsford
One of the Attorneys for Prison Health Services, Inc., Dr. Tahir Siddiq and Jacqueline Dubose

**OF COUNSEL:**
William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the following:

Stephon Lindsay
AIS 207044
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

s/ William R. Lunsford
Of Counsel

2