| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name)<br>Bruce Haugh | C. Date of Delivery<br>9/2/07 |
| 1. Article Addressed to:<br><br>Nurse Robert<br>Bullock Co. Corr. Facility<br>P.O. Box 5107<br>Union Springs, AL  36057 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv399<br>and to emp<br>processed<br>10/8/20 | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 6183 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540