IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON LINDSAY, #207044, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-399-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to compel filed by the plaintiff on September 11, 2007 (Court Doc. No. 37), in which he seeks legible and readable copies of ten (10) pages of medical records previously identified in correspondence with counsel for the medical defendants, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before September 22, 2007, the plaintiff shall furnish the court with a copy of the August 2, 2007 letter mailed to counsel for the medical defendants.

3. On or before October 1, 2007, the medical defendants shall file with the court and provide to the plaintiff legible copies of those documents identified by the plaintiff in his letter to counsel dated August 2, 2007.

Done this 12th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE