IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON LINDSAY, #207044, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-399-MHT |
| RICHARD ALLEN, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the interrogatories filed by the plaintiff on September 11, 2007 (Court Doc. No. 36), which the court construes as a motion for leave to conduct discovery, and for good cause, it is

ORDERED that this motion be and is hereby DENIED as the plaintiff seeks information which (i) could undermine prison security, (ii) is cumulative or duplicative in nature to information provided in the special report(s), (iii) is irrelevant to a determination of the constitutional issues before this court, and/or (iv) would be overly burdensome to the defendant.

Done this 12th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE