IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHON LINDSAY, | ) | |
| AIS #207044, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-399-MHT |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In an amendment to his complaint, the plaintiff names nurse Robbins and nurse Robert as defendants. Service was attempted but unperfected on these nurses as they were not known at the address provided by the plaintiff. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against nurse Robbins and nurse Robert, the plaintiff must furnish the clerk's office with a proper name and correct address for these individuals. Accordingly, it is

ORDERED that on or before September 27, 2007 the plaintiff shall furnish the clerk's office with the correct names/addresses of nurse Robbins and nurse Robert. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant(s) he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on nurse Robbins and nurse Robert they will not be considered a parties to this cause of action, the

court will on its own initiative dismiss the claims against nurse Robbins and nurse Robert and this case will proceed only against the defendants on whom service has been perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 17th day of September, 2007.

      /s/ Wallace Capel, Jr.
      WALLACE CAPEL, JR.
      UNITED STATES MAGISTRATE JUDGE