# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **STEPHON LINDSAY, #207044,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO.: 2:07-CV-399-MHT** |
| | )                                **[WC]** |
| **RICHARD ALLEN, WARDEN** | ) |
| **CUMMINS, SANDRA GILES,** | ) |
| **SYLVESTER NETTLES, RUTHIE** | ) |
| **PERRY, J. HUDSON, L. HERBERT,** | ) |
| **CORRECTIONAL OFFICER** | ) |
| **SCREECHER, CORRECTIONAL** | ) |
| **OFFICER HAMPTON, CORRECTIONAL** | ) |
| **OFFICER TALLEY, CORRECTIONAL** | ) |
| **OFFICER BENNETT, A. JACKSON,** | ) |
| **CORRECTIONAL OFFICER BASKIN,** | ) |
| **CORRECTIONAL OFFICER MARTIN,** | ) |
| **CORRECTIONAL OFFICER HILL,** | ) |
| **CORRECTIONAL OFFICER CURRY,** | ) |
| **CORRECTIONAL OFFICER BEECHAM,** | ) |
| **CORRECTIONAL OFFICER BAILEY,** | ) |
| **CORRECTIONAL OFFICER HANES,** | ) |
| **PRISON HEALTH SERVICES, INC., DR.** | ) |
| **TAHIR SIDDIQ, NURSE ETHEN, AND** | ) |
| **NURSE JACQUELINE DUBOSE,** | ) |
| | ) |
|     **DEFENDANTS.** | ) |

## DEFENDANTS' NOTICE OF FILING

COME NOW, Defendants DR. TAHIR SIDDIQ ("Dr. Siddiq"), JACQUELINE DUBOSE ("Nurse Dubose") and PRISON HEALTH SERVICES, INC. ("PHS," collectively with Dr. Siddiq and Nurse Dubose, the "Medical Defendants"), by and through their respective counsel of record and in response to the request of this Court pursuant to the Order dated September 12, 2007, to file with the court and provide to the Plaintiff STEPHON LINDSAY ("Plaintiff") legible copies of the documents identified by the Plaintiff in his letter to counsel

dated August 2, 2007, and submit the materials attached hereto. After consultation with appropriate individuals, undersigned counsel states that the attached documents represent the most legible copies of the identified medical records which are available at this time and, if the Court so chooses, Medical Defendants will make the original medical records available to Plaintiff at his current place of incarceration.

                Respectfully submitted,

                s/ William R. Lunsford
                One of the Attorneys for Prison Health Services,
                Inc., Dr. Tahir Siddiq and Jacqueline Dubose

**OF COUNSEL:**
William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the following:

    Stephon Lindsay
    AIS 207044
    Ventress Correctional Facility
    P.O. Box 767
    Clayton, Alabama 36016-0767

                s/ William R. Lunsford
                Of Counsel

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | Lindsay Stephon | 01/23/07 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| (334) 738-5625 | | 09/06/77 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 738-8763 | 207044 | / / |
| | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| | - - | 00/00/00 |

Will there be a charge? ☑ Yes ☐ No  Sex: ☑ Male ☐ Female

RECEIVED JAN 2 2 2007

Responsible party: ☑ PHS ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: ☑ Physician  ☑ NP, PA  ☐ Dental

**History of illness/injury/symptoms with Date of Onset:**

F/u after surgery to fractured Forearm

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy): ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: ___
☐ Radiation therapy
☐ Chemotherapy
☐ Other ___

**Results of a complaint directed physical examination:**

Cast

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:**
Dr Chung f/u

**Previous treatment and response (including medications):**

**Diagnosis:** Fractured Forearm (ORIF)
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and filed.

***For security and safety, please do not inform patient of possible follow-up appointments***

| UM DETERMINATION: | ☑ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | **FOR PROFESSIONAL USE ONLY** |
| ☐ More Information Requested: (See Attached) | **CONFIDENTIAL RECORD** |
| ☐ Resubmitted with requested information. | **NOT TO BE PHOTO COPIED** |

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:   1/22/07

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| OV | OV | 99024 | 16878343 |

05a – UM Referral review form

PHS000058

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Lindsay, Stephon | Inmate Number: | 207044LI |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Surgical Followup Referral | Effective Dates: | 01/22/2007 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16878343 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

> The consulting physician should complete this section.
> The completed form will be sealed in the attached envelope and
> returned with an officer to the correctional facility.

### Clinical Summary or Attached Report

*[handwritten notes:]*
drop c udm p cyl[?]
wound clean
minimal [?]        Ok → good
Replace splint
pt T Uk for clip removal[?]

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: [signature]    Date    Time

Reviewed and Signed By Medical Director: [signature]    Date    Time

Dr. Chung
6436 Winton Blount
Montgomery, AL
260-8288
February 5 at 10 AM

01/22/2007

PHS000059



LINDSAY, STEPHON
E0701800445
DOB: 09/06/77  Age: 29Y  MR #: 297831
Admit Date/Time: 01/19/07  0916A
2015 CHUNG, TAI Q



**Baptist HEALTH**

# PHYSICIAN'S ORDERS

Height: _____  Weight: _____
Drug Sensitivities and Allergies  ☐ NKDA  ☐ Yes, list: _____

**New Admissions Only:**
1. Diagnosis:
2. Admit Status:  ☐ Inpatient Admission  ☐ Outpatient Status  ☐ Observation Status

| Date | Time | |
|---|---|---|
| | | Dr |
| 1/19/07 | | Please make a Xerox copy of my orders |
| | | for his attendants to return to his facility |
| | | ① Elevate (L) arm |
| | | ② Change dressing per |
| | | Reg. split or |
| | | ③ Vicodin ii po prn pain |
| | | Cephalexin 500 mg po qid x 2d |
| | | ④ Bottom bunk bed |
| | | ⑤ See me in Fr wk |
| | | [signature] Chung |
| | | [signature] |
| | | 1/19/07 |

Physician Signature: _____

The following abbreviations are not to be written or used!

| Q.O.D., QOD, q.o.d, qod | Trailing zero (X.0 mg) | Lack of leading zero (.X mg) | MS | MSO4 | MgSO4 | U | q.d., QD, qd | IU |

Form #PH 35001 Revised 11/18/05

PH 350

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS000064

TAI Q. CHUNG M.D.

DATE _1/12/0?_

NAME _Stephen Lindsay_

PHONE____ HOME_____ WORK_____

PROCEDURE _ORIF c ulna._

DX _Fx (ulna)_  CPT _____

WHERE _____ (OUTPATIENT)

TIME NEEDED _45'_

ANETHESIA (GENERAL)  BLOCK____ LOCAL____ CHOICE____

SPEICAL EQUIPMENT _Small fragment set_
_C-arm_

ASSISTANT _____

LABS _____

BLOOD TRANSFUSIONS _____

OTHER INSTRUCTIONS _____

SURGERY OR TEST DATE _____

INSURANCE INFORMATION _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

*Stephen Lindsay*
Patient Information



**Baptist HEALTH**

**PHYSICIAN'S ORDERS**

Height: _____  Weight: _____
Drug Sensitivities and Allergies  ❏ NKDA  ❏ Yes, list: _____

| Date | Time | ROUTINE PRE OPERATIVE ORDERS |
|---|---|---|
| | | DR. _JM CAONL_ |
| | | 1. Operative permit for: _Open reduction and internal fixation_ |
| 1/12/_ | | _(L) ulna_ |
| | | 2. LAB: check appropriate diagnosis |
| | | A. ✓ CBC: |
| | | ___ Pre op patient [V72 83]    ___ Abdominal pain |
| | | ___ Long term use of medications   ___ Other |
| | | ___ Fever |
| | | B. ___ TYPE & SCREEN |
| | | C. ___ CHEM 7: |
| | | ___ Edema    ___ Nephropathology |
| | | ___ Hypertensive disease    ___ Dizziness |
| | | ___ Long term use of medications   ___ Other |
| | | ___ Diabetic |
| | | D. ___ PT PTT |
| | | ___ Known or suspected    ___ Cirrhosis hepatitis |
| | | ___ coagulation abnormality    ___ CHF |
| | | ___ Anticoagulatn therapy    ___ Cardiac dysrhythmia |
| | | ___ Hemorrhage or anemia    ___ Dysfunctional uterine bleeding |
| | | ___ Pulmonary congestion    ___ Menorrhagia |
| | | ___ Other |
| | | E. ___ DRUG LEVELS: circle appropriate drug |
| | | ___ Patients taking  Digoxin  Tegretol  Theophylline  Dilantin  Depakote |
| | | Phenobarb |
| | | ___ Other |
| | | F. ___ URINE PREGNANCY |
| | | ___ On all menstruating females |
| | | Physician Signature: _____ |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Page 1 of 2

The following abbreviations are not to be written or used!

| | Q.O.D., QOD, q.o.d, qod | Trailing zero (X.0 mg) | Lack of leading zero (.X mg) | MS | MSO4 | MgSO4 | U | q.d., QD, qd | IU |

PH 350

Form #PH 35020    Revised 11/18/05

PHS000070



# PHYSICIAN'S ORDERS

Patient Information

Height: _____   Weight: _____
Drug Sensitivities and Allergies   ❏ NKDA   ❏ Yes, list: _____

| Date | Time | ROUTINE PRE OPERATIVE ORDERS |
|------|------|------------------------------|
|      |      | DR. _____ |
|      |      | G. _____ UA: |
|      |      | _____ Diabetic         _____ Fever |
|      |      | _____ Renal glycosuria _____ Dysuria |
|      |      | _____ Dehydration      _____ Abdominal & pelvic pain |
|      |      | _____ Stress incontinence _____ Long term use medication |
|      |      | **H. ADDITIONAL LAB TESTS:** |
|      |      | 3. EKG: |
|      |      | _____ MVP/murmer or other  _____ Tachycardia/palpitation |
|      |      | valve disorder                _____ Ischemic heart disease (hx MI) |
|      |      | _____ Chest pain discomfort _____ Dizziness |
|      |      | pressure                      _____ Other |
|      |      | _____ Hypertensive disease |
|      |      | _____ Pulmonary congestion & hypostasis (CHF) |
|      |      | _____ Electrolyte/fluid abnormality |
|      |      | 4. CHEST XRAY: |
|      |      | _____ Existing pulmonary disease (asthma COPD etc) |
|      |      | Specify: |
|      |      | _____ Existing cardiac disease (hypertension CHF etc) |
|      |      | _____ Internal Injury |
|      |      | _____ Fever |
|      |      | _____ Cough |
|      |      | _____ Disorders of bone & cartilage (arthritis) |
|      |      | _____ Other |
|      |      | 5. ___✓___ Antibiotic: |
|      |      | 6. ___✓___ NPO after midnight |
|      |      | 7. _____ ❏ TED or ❏ SCD hose prior to surgery |
|      |      | 8. _____ Other Orders: |
|      |      | 9. Anesthesia Consult  ❏ Yes   ❏ No |
|      |      | Physician Signature: _____ |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Page 2 of 2

The following abbreviations are not to be written or used!

| Q.O.D., QOD, q.o.d, qod | Trailing zero (X.0 mg) | Lack of leading zero (.X mg) | MS | MSO4 | MgSO4 | U | q.d., QD, qd | IU |
|---|---|---|---|---|---|---|---|---|

PH 350

Form #PH 35020   Revised 11/18/05
PHS000071

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Field | Value |
|---|---|
| Site Name & Number: | BULLOCK 832 |
| Site Phone #: | (334) 738-5625 |
| Site Fax #: | (334) 738-8763 |
| Patient Name: (Last, First) | Lindsay Stephon |
| Inmate #: | 207044 |
| Date: (mm/dd/yy) | 01/16/07 |
| Date of Birth: (mm/dd/yy) | 09/06/77 |
| Potential Release Date: (mm/dd/yy) | 00/00/00 |

Will there be a charge? ☑ Yes ☐ No
Sex: ☑ Male ☐ Female
Responsible party: ☑ PHS ☐ Auto Ins.

## CLINICAL DATA

Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental

**History of Illness/injury/symptoms with Date of Onset:**
Inmate c fractured Ulnar shaft

**Results of a complaint directed physical examination:**
[signature]

Service Type: ☑ Office Visit (OV)

**Specialist referred to:** Dr. Chung

**Type of Consultation, Treatment, Procedure or Surgery:**
Dr. Chung

**Diagnosis:** Fractured Ulna

**Previous treatment and response (including medications):**
Advil

***For security and safety, please do not inform patient of possible follow-up appointments***

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

05a - UM Referral review form

PHS000073



PHS - PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE: 01/08/07 | TIME: 4:1? PM | ORIGINATING FACILITY: BCCF  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

ALLERGIES: NKA

CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP ___ ORAL/RECTAL   RESP. 22   PULSE 76   B/P 130/88   RECHECK IF SYSTOLIC <100 >50: N/A

**NATURE OF INJURY OR ILLNESS**

S- Body Chart in DOC

O- B/K Male, escorted to HCU c̄ hand cuffed behind his back. Accomp by several officers. Inmate Alert & Oriented x3. Resp reg & even. Color adeq. Skin warm & dry c̄ small abrasion noted back of (L) elbow and (L) lower leg on shin bone. Sustained (1) medium size opened area.

**PHYSICAL EXAMINATION**

Inmate checked & examined by Dr Siddiq — eyes redden due to uses of pepper spray. As alteration in comfort to bodies injuries.

P- Eyes rinsed c̄ sterile eye solution.
- Area cleanse H₂O₂ + N/S followed w/ Triple antibiotic oint
- Advil 800mg PO TID x 10 days
- X-Ray of (L) lower arm + (L) lower leg

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

ABRASION ///   CONTUSION #   BURN xx   FRACTURE z   LACERATION/SUTURES

(body diagram with notations: "opened abrasion" on chest area, "opened abrasion" on hand)
PROFILE RIGHT OR LEFT
RIGHT OR LEFT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**: Return PRN

| DISCHARGE DATE: 01/8/07 | TIME: 4:32 PM | RELEASE / TRANSFERRED TO: ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE: Robin | DATE: 1/8/07 | PHYSICIAN'S SIGNATURE: ___ | DATE: 1/9/07 | CONSULTATION |

INMATE NAME (LAST, FIRST, MIDDLE): Lindsay Stephon   DOC# 207044   DOB 9/6/77   R/S B/M   FAC. BCCF

PHS000087



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lindsay, Stephen, 207044   D.O.B.: 9/6/77 |
|---|---|
| 7/28/06 PA | Rec'd @ Bullock c̄ Vol I & I. Had some meds and some mas. —J.Howard nurse— |
| 1/20/07 | Pt returned from Baptist H. Medical Center. Surgery to ® Arm. Dsg. dry & intact, Pt alert & oriented x3. C/o some discomfort. Medication for pain given as ordered. Recommended f/u in 2 wks c̄ Dr. Chung. Will confer c̄ MD, Dr. Siddiq. —S. Roberts RN |

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

60111 (5/85)   Complete Both Sides Before Using Another Sheet

PHS000089



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | FOR PROFESSIONAL USE ONLY <br> CONFIDENTIAL RECORD <br> NOT TO BE COPIED |
| Use Last    Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth   Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / <br> ALLERGIES: | |
| Use Third   Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lindsey, Stephon #207044 <br> D.O.B. / / <br> ALLERGIES:  3/29/12 | DIAGNOSIS (If Chg'd) <br> Amoxil 500 po tid x10d <br> CTM T po bid x10d |
| Use Second   Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lindsey Stephon 207044 <br> D.O.B. / / <br> ALLERGIES:  1/21/07 | DIAGNOSIS <br> 1) Elevate Arm <br> 2) Percogesic ii po x 2days tid <br> 3) Cephalexin 500mg tid x 2days <br> 4) Bottom Bunk Bed <br> 5) Change dressing PRN per T.O. Dr Siddiq / S. Herbert, SRN |
| Use First   Date / 1/20/07 | ☑ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

0110 (4/03)