IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| <u>STEPHON LINDSAY</u>, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CASE NO.  <u>2:07-CV- 399 - MHT</u> |
| ) | |
| <u>RICHARD ALLEN, et. al.</u>, ) | |
| ) | |
| Defendant, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW<u>, Allen, Cummins, Giles, Nettles, Perry, Hudson, Herbert, Jackson, Talley, Baskin, Hill, Martin, Bennett, Curry, Streeter, Haynes, Hampton, Beachem, and Bailey</u>, a <u>[ Defendants]</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]  This party is an individual, or

[ ]  This party is a governmental entity, or

[X]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                                    Relationship to Party

_____           _____

  1/2/2008                                                /s/Greg Biggs
      Date                                                    Counsel Signature

<u>Allen, Cummins, Giles, Nettles, Perry, Hudson, Herbert, Jackson, Talley, Baskin, Hill, Martin, Bennett, Curry, Streeter, Haynes, Hampton, Beachem, and Bailey</u>
Counsel for (print names of all parties)

<u>301 S. Ripley St.</u>
<u>P.O. Box 301501,Montgomery, AL 36130</u>
Address, City, State Zip Code

<u> 334-353-3879</u>
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

**CERTIFICATE OF SERVICE**

I, Greg Biggs , do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL, CM/ECF  (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of January, 2008, to:

Stephon Lindsay AIS #207044
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

|  |  |
|---|---|
| 1/2/2008 | /s/Greg Biggs |
| Date | Signature |