```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003585
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
-----------------------------------------
PLRA CIVIL FILING FEE
 For: STEPHON LINDSAY
 Case/Party: D-ALM-2-07-CV-000399-001
 Amount:         $30.00
-----------------------------------------
CHECK
 Check/Money Order Num: 19874
 Amt Tendered:   $30.00
-----------------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00
```