IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| STEPHON LINDSAY<br>_____, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>RICHARD ALLEN, et al. )<br>_____, )<br> )<br>    Defendants, ) | CASE NO. 2:07-CV-00399 |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  Prison Health Services, Inc.  , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| America Service Group, Inc. | Parent Company |
| Correctional Health Services, Inc. | Subsidiary of Same Parent Company |
| | |

2/6/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Prison Health Services, Inc., Dr. Siddiq, and Nurse Dubose
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801

Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

STEPHON LINSDAY )
_____, )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )  CASE NO. 2:07-CV-00399
                                     )
RICHARD ALLEN, et al.                )
_____, )
                                     )
    Defendants,                      )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  TAHIR SIDDIQ, M.D.  , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party
_____          _____
_____          _____
_____          _____

_____                  _____
2/6/2008                                 /s/ William R. Lunsford
Date                                     (Signature)

                                         William R. Lunsford
                                         (Counsel's Name)

                                         Prison Health Services, Inc., Dr. Siddiq, and Nurse Dubose
                                         Counsel for (print names of all parties)
                                         655 Gallatin Street, Huntsville, AL 35801

                                         Address, City, State Zip Code
                                         (256) 551-0171
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

STEPHON LINDSAY
_____,  )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )   CASE NO. 2:07-CV-00399
                                     )   _____
RICHARD ALLEN, et al.                )
_____,  )
                                     )
    Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jacqueline Dubose, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

✓ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party
_____           _____
_____           _____
_____           _____

_____                   _____
2/6/2008                                  /s/ William R. Lunsford
Date                                      (Signature)

                                          William R. Lunsford
                                          (Counsel's Name)

                                          Prison Health Services, Inc., Dr. Siddiq, and Nurse Dubose
                                          Counsel for (print names of all parties)

                                          655 Gallatin Street, Huntsville, AL 35801
                                          Address, City, State Zip Code

                                          (256) 551-0171
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## **CERTIFICATE OF SERVICE**

I, William R. Lunsford, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF and U.S. mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of February 20 08, to:

Stephon Lindsay, AIS 207044, Ventress Correctional Facility, PO Box 767, Clayton, AL 36016

Gregory Marion Biggs, Dept of Corrections, PO Box 301501, Montgomery, AL 36130

2/6/2008                                                                    /s/ William R. Lunsford
Date                                                                               Signature