IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEPHON LINDSAY (AIS# 207044), | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. |
| | § 2:07-cv-00399-WC |
| RICHARD ALLEN; et al. | § |
| | § |
| Defendants. | § |

## NOTICE OF APPEARANCE

COMES NOW Paul M. James, Jr., and does hereby give his notice of appearance as counsel of record for Defendants, Prison Health Services, Inc., Nurse Ethen, Dr. Tahir Siddiq, and Nurse Dubois, in the above-referenced case.

Please direct copies of all future correspondence, orders, and pleadings to the undersigned.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants,
Prison Health Services, Inc., Nurse Ethen,
Dr. Tahir Siddiq, and Nurse Dubois

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of May, 2008, to:

>Mr. Stephon Lindsay (AIS # 207044)
>Ventress Correctional Facility
>P. O. Box 767
>Clayton, AL  36016-0767

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

>Gregory M. Biggs, Esq.
>ALABAMA DEPARTMENT OF CORRECTIONS
>P. O. Box 301501
>Montgomery, AL  36130-1501
>
>William R. Lunsford, Esq.
>MAYNARD, COOPER & GALE, P.C.
>655 Gallatin Street
>Huntsville, AL  35801

>/s/ PAUL M. JAMES, JR. (JAM017)
>OF COUNSEL