```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005253
Cashier ID: brobinso
Transaction Date: 05/27/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: STEPHON LINDSEY
 Case/Party: D-ALM-2-07-CV-000399-001
 Amount:         $18.00
------------------------------------
CHECK
 Check/Money Order Num: 20314
 Amt Tendered: $18.00
------------------------------------
Total Due:      $18.00
Total Tendered: $18.00
Change Amt:     $0.00
```