**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **STEPHON LINDSAY, #207044,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 2:07-CV-399-MHT** |
| ) | **[WC]** |
| **RICHARD ALLEN, WARDEN** ) | |
| **CUMMINS, SANDRA GILES,** ) | |
| **SYLVESTER NETTLES, RUTHIE** ) | |
| **PERRY, J. HUDSON, L. HERBERT,** ) | |
| **CORRECTIONAL OFFICER** ) | |
| **SCREECHER, CORRECTIONAL** ) | |
| **OFFICER HAMPTON, CORRECTIONAL** ) | |
| **OFFICER TALLEY, CORRECTIONAL** ) | |
| **OFFICER BENNETT, A. JACKSON,** ) | |
| **CORRECTIONAL OFFICER BASKIN,** ) | |
| **CORRECTIONAL OFFICER MARTIN,** ) | |
| **CORRECTIONAL OFFICER HILL,** ) | |
| **CORRECTIONAL OFFICER CURRY,** ) | |
| **CORRECTIONAL OFFICER BEECHAM,** ) | |
| **CORRECTIONAL OFFICER BAILEY,** ) | |
| **CORRECTIONAL OFFICER HANES,** ) | |
| **PRISON HEALTH SERVICES, INC., DR.** ) | |
| **TAHIR SIDDIQ, NURSE ETHEN,** AND ) | |
| **NURSE JACQUELINE DUBOSE,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## **MOTION TO WITHDRAW**

William R. Lunsford of Maynard, Cooper & Gale, P.C. respectfully requests this Court to hereby permit him to withdraw as counsel of record for Defendants Prison Health Services, Inc., Nurse Dubois, Dr. Tahir Siddiq and Nurse Ethen ("Defendants"). Defendants and undersigned counsel have agreed that Defendants will retain new counsel and new counsel has submitted his Notice of Appearance as of this date.

For the foregoing reason, undersigned counsel respectfully requests this Court to allow William R. Lunsford of the law firm of Maynard, Cooper & Gale, P.C. to withdraw from further representation of Defendants in the above-styled civil action.

Respectfully submitted on this the 28th day of May, 2008.

/s/ William R. Lunsford
*One of the Attorneys for Prison Health Services, Inc., Nurse Dubois, Dr. Tahir Siddiq and Nurse Ethen*

**OF COUNSEL:**
William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the following:

Stephon Lindsay
AIS 207044
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

Paul McGee James, Jr.
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

Gregory Marion Biggs
Dept of Corrections
Legal
PO Box 301501
301 Ripley Street
Montgomery, AL 36130

/s/ William R. Lunsford
Of Counsel

2