```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005953
Cashier ID: khaynes
Transaction Date: 08/01/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------------------
PLRA CIVIL FILING FEE
 For: STEPHON LINDSAY
 Case/Party: D-ALM-2-07-CV-000399-001
 Amount:         $8.00
------------------------------------------------
CHECK
 Check/Money Order Num: 20523
 Amt Tendered:   $8.00
------------------------------------------------
Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00
```